# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: *United States v. Mirza Hussian Baig*, No. 11-cr-86

DATE: October 28, 2024

* * *

On September 27, 2024, the Government filed a Motion to Amend the Preliminary Order of Forfeiture to include a substitute asset. ECF No. 43. The Government argues that the prospective substitute asset qualifies for forfeiture under 21 U.S.C. § 853(p) and references an attached declaration by Deputy United States Marshal David Ashton. The Government, however, attached no such declaration and has provided no other support for the substitute asset's qualified status.

Accordingly, the Motion to Amend the Preliminary Order of Forfeiture (ECF No. 43) is **DENIED. WITHOUT PREJUDICE**. Should the Government wish to pursue its motion, it is directed to re-file the motion with the specified declaration.

Despite the informal nature of this letter, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte  
PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

Cc: Court File